MORTIMER B. LEWIS and DESIREE LEWIS, Respondents, v. HOME & PROSPECT REALTY CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ANNA H. FRIEDENBERG, Formerly Known as ANNA H. EVANS, Respondent, v. WILLIAM S. EVANS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. Upon the conflicting facts the intention of the parties presents an issue of fact which precludes granting a summary judgment. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD SMITH, Appellant.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. LILLIAN F. CARLIN, and Others, Defendants, Impleaded with P. J. CARLIN CONSTRUCTION COMPANY, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Glennon and Dore, JJ., dissent and vote to reverse the order granting plaintiff's motion for summary judgment and to deny the motion, on the ground that there are issues of fact to be tried.

CLEMEN J. EHRLICH, Respondent, v. RALPH H. McKEE, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [170 Misc. 222.]

DOROTHY THOMPSON, an Infant, by JOSEPH THOMPSON, Guardian ad Litem, and JOSEPH THOMPSON, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

BENJAMIN STOLLER and WILLIAM WOLIN, Copartners Doing Business under the Firm Name and Style of STOLLER & WOLIN, Respondents, v. SAMUEL GOLDBERG and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

BEATRICE COLASACCO, an Infant, by FRANK COLASACCO, Her Guardian ad Litem, and FRANK COLASACCO, Appellants, v. WESSON OIL & SNOWDRIFT SALES Co., INC., Respondent, Impleaded with Others, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MARVLO MILLS, INC., Respondent, v. MARVEL MILLS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [170 Misc. 770.]

THE AMERICAN AGRICULTURAL CHEMICAL COMPANY, Respondent, v. TEMPLE L. GATEWOOD, Appellant.— Order unanimously modified by allowing plaintiff to amend complaint on payment of fifty dollars costs, the case to keep its place on the calendar, and as so modified affirmed, with twenty dollars costs and disbursements of this appeal to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.